FILED: December 12, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1650 (L)
(RM21-17-000)
(RM21-17-001)

_____

APPALACHIAN VOICES; ENERGY ALABAMA; NORTH CAROLINA SUSTAINABLE ENERGY ASSOCIATION; SOUTHERN ALLIANCE FOR CLEAN ENERGY; SOUTH CAROLINA COASTAL CONSERVATION LEAGUE

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1748
(RM21-17-000)
(RM21-17-001)

_____

NATURAL RESOURCES DEFENSE COUNCIL, INC.

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1751
(RM21-17-000)
(RM21-17-001)

_____

ADVANCED ENERGY UNITED; AMERICAN CLEAN POWER ASSOCIATION; SOLAR ENERGY INDUSTRIES ASSOCATION

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1756
(RM21-17-000)
(RM21-17-001)

_____

INVENERGY SOLAR DEVELOPMENT NORTH AMERICA LLC; INVENERGY THERMAL DEVELOPMENT LLC; INVENERGY WIND DEVELOPMENT NORTH AMERICA LLC; INVENERGY TRANSMISSION LLC

    Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

    Respondent

_____

No. 24-1758
(RM21-17-000)
(RM21-17-001)

_____

STATE OF TEXAS

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1760
(RM21-17-000)
(RM21-17-001)

_____

STATE OF GEORGIA; GEORGIA PUBLIC SERVICE COMMISSION

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1765
(RM21-17-000)
(RM21-17-001)

_____

ENVIRONMENTAL DEFENSE FUND

 Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

 Respondent

_____

No. 24-1770
(RM21-17-000)
(RM21-17-001)

_____

LOUISIANA PUBLIC SERVICE COMMISSION; MISSISSIPPI PUBLIC SERVICE COMMISSION

 Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

 Respondent

_____

No. 24-1785
(RM21-17-000)
(RM21-17-001)

_____

PUBLIC UTILITIES COMMISSION OF OHIO'S OFFICE OF THE FEDERAL ENERGY ADVOCATE; PUBLIC SERVICE COMMISSION OF WEST VIRGINIA

       Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

_____

No. 24-1792
(RM21-17-000)
(RM21-17-001)

_____

ITC MIDWEST LLC

       Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

       Respondent

_____

No. 24-1804  
(RM21-17-000)  
(RM21-17-001)

_____

NATIONAL RURAL ELECTRIC COOPERATIVE ASSOCIATION

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1857  
(RM21-17-000)  
(RM21-17-001)

_____

ELECTRICITY TRANSMISSION COMPETITION COALITION; LS POWER GRID, LLC

      Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1862
(RM21-17-000)
(RM21-17-001)

_____

AMERICAN FOREST & PAPER ASSOCIATION; COALITION OF MISO TRANSMISSION CUSTOMERS; INDUSTRIAL ENERGY CONSUMERS OF AMERICA; PJM INDUSTRIAL CUSTOMER COALITION

 Petitioners

v.

FEDERAL ENERGY REGULATORY COMMISSION

 Respondent

_____

No. 24-1863
(RM21-17-000)
(RM21-17-001)

_____

PENNSYLVANIA PUBLIC UTILITY COMMISSION

 Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

 Respondent

_____

No. 24-1867
(RM21-17-000)
(RM21-17-001)

_____

NEW ENGLAND STATES COMMITTEE ON ELECTRICITY, INC.

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1876
(RM21-17-000)
(RM21-17-001)

_____

ARIZONA CORPORATION COMMISSION

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1885
(RM21-17-000)
(RM21-17-001)

_____

MISO TRANSMISSION OWNERS

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-1887
(RM21-17-000)
(RM21-17-001)

_____

SIERRA CLUB

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

USCA4 Appeal: 24-1792 Doc: 84 Filed: 12/12/2024 Pg: 10 of 12

No. 24-1979
(RM21-17-000)
(RM21-17-001)

STATE OF UTAH

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

No. 24-1991
(RM21-17-000)
(RM21-17-001)

COMMONWEALTH OF KENTUCKY

Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

Respondent

_____

No. 24-2162
(RM21-17-000)
(RM21-17-001)

_____

ADVANCED ENERGY UNITED, INC.

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

_____

No. 24-2163
(RM21-17-000)
(RM21-17-001)

_____

OFFICE OF THE OHIO CONSUMERS' COUNSEL

      Petitioner

v.

FEDERAL ENERGY REGULATORY COMMISSION

      Respondent

USCA4 Appeal: 24-1792      Doc: 84          Filed: 12/12/2024      Pg: 12 of 12

_____

## O R D E R

_____

The court directs the parties to file a status report regarding the status of the statutorily mandated Commission rehearing process by 12/23/2024.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk